# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | |
|---|---|
| Mr. Francisco Severo Torres Pro se | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| Worcester Recovery Center and Hospital | ) |
| | ) |
| _____ Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Francisco Severo Torres Pro se |
| Street Address | 784 Main Street |
| City and County | Leominster (MA) USA |
| State and Zip Code | MA 01453-1922 |
| Telephone Number | (978) 990-0244 |
| E-mail Address | fof torres@ icloud.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name             Worcester Recovery Center and Hospital

    Job or Title *(if known)*    309 Belmont St.

    Street Address        "     "     "

    City and County      Worcester , U.S.A

    State and Zip Code    MA, 01604

    Telephone Number    +1 (508) 368-4000

    E-mail Address *(if known)*


Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. _The Constitution (All) –_
_U.S._
_+ Miranda Warning_

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _Mn Francisco Severo Torres   Pro se_, is a citizen of the
        State of *(name)* _Massachusetts_ .

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____ . Or is a citizen of
        *(foreign nation)* _____ .

b.   If the defendant is a corporation
The defendant, *(name)* **WRCH**, is incorporated under
the laws of the State of *(name)* **Massachusetts**, and has its
principal place of business in the State of *(name)* **Massachusetts**.
Or is incorporated under the laws of *(foreign nation)* **– None Known –**,
and has its principal place of business in *(name)* **MAssachusetts U.S.A**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

The worth of my I P, and my Artwork + my unreplacable time - All compromised

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

( . . . All terms are negociable . . . )
✗ see claim/complaint (pgs 1 - 8 )

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

. . . All requests are negociable . . .

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3/24/21

Signature of Plaintiff     *Francisco Severo Torres Pro Se*

Printed Name of Plaintiff     Francisco Severo Torres Pro Se

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

## Medical Malpractice Complaint/Claim

### Legal Representative (Pro Se)

**Plaintiff:**
Mr. Francisco Severo Torres
784 Main Street
Leominster, MA,01453-1922
03032020, Date
30.08.02, Age (yrs/m/d)
(978) 990-0244

**Defendant:**
**Worcester Recovery Center and Hospital**
309 Belmont St
Worcester, MA 01604
United States
+1 (508) 368-4000

**Jurisdiction:**
Medical Malpractice

**_Allegations:_**

I was falsely diagnosed by the Worcester Recovery Center and Hospital staff; as a result of a

self-imposed legal strategy, to prove my innocence. This is who I am filing this civil suit against.

The staff (Majority) refused to believe that I was in severe physical pain; from a traumatic spine

injury. I disputed the mental health diagnosis, and told them I may have seemed angry or weird due to

my physical pain, and the situation, and that I should have been given an MRI to prove that what I

said/claimed was true.

My request was disrespectfully disregardful. I finally got around to getting an MRI this past

FST Complaint Document

January 2020 (Neurologist -DR. Yin [Leominster Hospital], and it proves *that I was right.* I have 2 bulging disks. ***These are the highlights of the failures of the allegations that I am stating against the Hospital overall:***

1.Only 20-25% of staff were nonjudgmental, and personally uninvolved (how I saw it)

2.How the rest of the staff where more concerned with the amount of people calling in about me and my "celebrity" status(es) than listening to what I said.

3.Phycological torture from 70-75% of the staff who were constantly digging at me about how I was never going to get out.

4.Removal of the staff who treated me like a human, who is, and was innocent.

5.Cleanliness. (Rusty sink fixtures, loose screws, prolonged uncleaned messes, patient room uncleanliness [walking by some rooms smelled atrocious] patient uncleanliness, morbidly obese staff 50% of which were the worst person I have ever dealt with at that size, where the other was working

hard to get by {jobs are hard to come by}]

6.Staff and patients with 9/11 syndrome, letting their paranoia per-judge me (I had a beard, they

harassed me so much I cut it off to convince them that I am not a terrorist) [9-11 Syndrome is an

original thought, and study I have been personally conducting, and noting, since the events of Sep.

2001]

7.Staff who would rather sit around and try to convince me that I was crazy, instead of working the

patient floor hard enough, there was a mention of 'hospital record' all time high of "CODE GREYS".

8.Phycoligical torture- non-allowance of actual knowledge of a set evaluation time frame (they claimed

18-20 days for the first five days at least) I was never given a definite time frame.

9. Refusal to tape record, and or audio record all my interviews with staff, with threats from the female

forensics' investigator (who resembled my oldest sister) that I would never leave if I didn't go through

with the interviews unrecorded. I was only there as a legal strategy, and my lawyer never explained that

I could be held there indefinitely {that is due to a lack of time for him to explain the full section 12

rules, but he convinced me that there was no risk to do the section.}

10. The gross dis acknowledgment of one staff member "Lisa Score", whom, I never verbally agreed to pre-evaluate me{technically}, yet she went to the judge and literally tried to put me in WRCH(es) "care" for the rest of my days with her false witness against me [how I see it]. I said verbatim " I will talk to you now, but I don't authorize you" (in relation to her needing my verbal consent to go before the judge about me[to fulfill my legal strategy]) My explanation, I was lonely,{I hadn't seen a woman like that in over 5 years that up close and personal (This is due to a group of stalkers of mine)} and I am heterosexual, and she was a becoming young woman with a college degree, I can never pass up a conversation, with a person, with a good brain like that, who has style and natural good looks.

11. Refusal of gym time when it was promised daily; I am an ultra-marathon daily trainer.

12. And refusal of an MRI, which caused 5 years of irrevocable damages.

13. The dis acknowledgement of staff member "Robin" who falsified documents (I verbally refused her to speak with my mother about anything, "Robin" went over my head and did so anyway, and she used my mother's testimony against me, in the group meeting before I was falsely diagnosed.

**FACTS THAT BACK MY TRUTH:**

1. I am the world's greatest Artist of all time, before and after time's concept, I am better that Picasso, Angelo, Davinci, Rembrandt, Goya, Pollock etc.

2. I created my own art style which is all drawing and perceptions and styles of art into one{age2-6y/o}, I officially dubbed it "ARTISI" in the year 2015/2016 I would put any piece of any other style type (sculpting, clay, string work, mosaic, tapestry etc.) of mine vs. anyone else's and still be the best, the realism found within my art outdoes all realist practitioners mathematically and realistically.

3. My social media was stolen, I suspect starting in 2005, and most directly with my previews of my ARTISI works in 2010-2012. (I will testify against all suspected parties until the day I die if need be)

4. How I see it no one or group of people will ever be able to prove me wrong... about all these things I have stated.

5. I stand firmly with myself on this, and if I am wrong about any type of lucrativity from my art (I was

offered galleria space in San Francisco instantly and they wanted me to stay in the bay area when I

visited in 2016, to display my art) – everything I am saying is related- then I invite you to prove me

wrong.

6. The Hospital staff(majority) could not handle the fact that I said the same thing to them, minus the

2016 stuff, because it had not happened yet, obviously. They only murmured constantly about it (my

talents), and how people who claimed to know, and or represent me were constantly bothering hospital

staff, and security personnel.

7. I am also a great recording artist, I write my own lyrics, I sing, and I rap.

8. I invented a mobile application website machine called "Swipe Shoppe" it should still be public on

the USPTO website.

9.  All my rights to control my money, receive praise, or develop these things have been stopped by

anyone who called or spoke with staff behind my back.

10. As far as I am concerned, I have always been enslaved by these people who steal everything from

me every day.

**RELIEF:**

1. A removal of all false diagnosis from my entire permanent record (concerning any and all mental health issues) against my personal testimony's leverage, any and all records age 0 to 30 [ I will sign a contract to keep my personal account of the horror I lived to myself for the rest of my life] {find a way to make it happen}

2. An apology letter from your staff. (signed by all parties involved) reading... We are sorry, we were wrong to judge you Mr. Torres, We apologize for passing judgment, and inadvertently/advertently ruining the last five years of your adult life. {With signatures, on heavy paper with official sealed letterhead}

3. One Billion Dollars for 50 years ($50,000,000,000.00) in a lump sum transfer to an account or accounts set up on the day of the transfer of funds, in a secure location, with any and all transfer fees, court fees, country and or global (Other Countries) taxes covered by adding that dollar amount to the Fifty Billion Dollars (American Currency) [the cost to run a website is so high people don't even discuss it, and for reference military machines of war cost over half of this sum 9 years ago], this is the most humble and low number based on my talent, and I wish no disrespect to the court through this request. I understand the power of the dollar.

4. A letter that states that I am a defender of good, and a recommendation/approval of a legitimate

license to carry, and use if necessary any type concealed or unconcealed firearms and

explosives globally, on any commercial transports, in regulation with Global Law or as if I was

a UN diplomat, or my own country (explosives for personal protection based on international

weapons law) [for protection of myself and the innocent, and any personal security I may hire]

and a license and documentation certifying that I am my own Country to speak directly with

any countries leaders if I become incarcerated for any type of incident that my morals or self-

perseverance force me to intervene in.

5. Proper training from the UN or US Government's

   questioned by anyone or any Country Globally. I

   testing, but I reserve the right to leave or dispute

   to live the way I am requesting. I am confident I

   mentally elite. I will be financing a 24-hour 360-

to the internet and hard drives for my travels which I do not plan on starting until I am ready.

This will be done to preserve my right as a single man nation with American citizenship, so that

we can all agree that personal body camera networks will cut the costs of questioning integrity

and crime.

*[Handwritten note: All Relief terms are open to negotiation. Thank you]*