1 of 1

FILED IN CLERKS OFFICE

JAN 14 '22 PM 2:45 USDC MA

This is concerning,

Torres vs. WRCH

I, the prosecution, am hereby requesting the case be reopened (21-40036-TSH) and that a hearing date be granted to me, so that I may present my evidence. This is requested based on the grounds of:

1. an incarceration from July 30th- September 7th 2021
2. no deadline was given to me to request a time extension or to give a request for a hearing via the mail, if it was, it was lost in the mail service.

My evidence will prove that my back is in such grievous pain that it makes daily tasks very strenuous.

I also have the video evidence, proving my claims of collusion.

Also for reference my Social Security/SSDI case number is:

BNC#: 29S1198H59504 DI

Best,

Francisco Severo Torres

01062022

7_21 A.M. EST

978-990-0244

784 Main Street

Leominster MA, 01453-1922

This is concerning,

Torres vs. WRCH

I, the prosecution, am hereby requesting the case be reopened (21-40036-TSH) and that a hearing date be granted to me, so that I may present my evidence. This is requested based on the grounds of:

1. an incarceration from July 30th- September 7th 2021
2. no deadline was given to me to request a time extension or to give a request for a hearing via the mail, if it was, it was lost in the mail service.

My evidence will prove that my back is in such grievous pain that it makes daily tasks very [illegible]

I also have the video evidence, proving my claims of collusion.

Also for reference my Social Security/SSDI case number is:

BNC#: 295 1196H5504 DI

Best,

Francisco Severo Torres

01082022

7:21 A.M. EST

978-660-0244

784 Main Street

Leominster MA. 01453-1922